IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEENA ANN WALKER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-2543** |
| | : | |
| **LOWER MERION POLICE DEPARTMENT,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of June, 2024, upon consideration of Plaintiff Sheena Ann Walker's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/S/ WENDY BEETLESTONE, J.

**WENDY BEETLESTONE, J.**